UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS


BRANDON D. COLLINS                                              PLAINTIFF

VS.                              NO.  4:05CV000123 JMM

LAIDLAW EDUCATION SERVICES, INC.                                DEFENDANT


## ORDER

Pending before the Court is the Defendant's Motion to Strike Complaint and Dismiss Matter ((#18), and Defendant's Motion to Compel Mandatory Disclosures, Impose Other Sanctions and Award Fees and Costs.  The Court grants both motions in part, and denies both in part.

The Defendant's Motion to Strike Complaint and Dismiss Matter seeks dismissal of the Plaintiff's complaint because the Plaintiff has failed to sign the complaint pursuant to FED. R. CIV. P. 11(a), which states in pertinent part that the pleading, if unsigned, ". . .shall be stricken unless omission of the signature is corrected promptly after being called to the attention of the attorney or party."  Defendant's counsel, by letter of February 25, 2005, called this matter to the Plaintiff's attention, and to date, the Plaintiff has failed to correct the oversight.

The Court hereby grants in part the Defendant's Motion in that  Plaintiff is hereby ordered to submit a duplicate copy of the complaint with Plaintiff's signature on or before August 26, 2005 (#18).   The Defendant's request that for dismissal of the complaint is denied (#18).

The Defendant's Motion to Compel Mandatory Disclosures, Impose Other Sanctions and Award Fees and Costs seeks the production of Plaintiff's mandatory disclosures, and the fees and

costs associated with Plaintiff's failure to produce them.  Further, Defendant seeks sanctions under FED. R. CIV. P. 37, in that Plaintiff be prohibited from using at trial any witness or information not disclosed to Defendant.

The Court hereby grants in part the Defendant's Motion to Compel Mandatory Disclosures, Impose Other Sanctions and Award Fees and Costs, in that the Plaintiff has up to and including August 26, 2005, to produce the mandatory disclosures (#20).  However, the Court denies the Defendant's request for sanctions, fees and costs at this time (#20).

Plaintiff is hereby given notice of Local Rule 5.5(c)(2) of the United States District Courts for the Eastern and Western Districts of Arkansas which states that *pro se* litigants are required to monitor the progress of their case, to prosecute or defend the action diligently, and to respond to any communication from the Court within thirty (30) days or their case could be dismissed without prejudice.

**IT IS SO ORDERED this 17th day of August, 2005.**

_____
**James M. Moody
United States District Judge**