**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**BRANDON D. COLLINS**                                                **PLAINTIFF**

**VS.**                                       **NO.  4:05CV00123 JMM**

**LAIDLAW EDUCATION SERVICES, INC.**                 **DEFENDANT**

## ORDER

Pending before the Court is the Defendant's Motion to Dismiss Pursuant to Rules 11 and 37 of the Federal Rules of Civil Procedure.  The Court hereby GRANTS the motion (#24).

Pursuant to this Court's Order of August 17, 2005, Plaintiff was to submit a duplicate copy of the complaint with his signature on or before August 26, 2005.  He has failed to comply.  Further, Plaintiff was ordered to produce the mandatory disclosures by August 26, 2005.  He has failed to comply.  Finally, Plaintiff was given notice of Local Rule 5.5(c)(2) of the United States District Courts for the Eastern and Western Districts of Arkansas which states that pro se litigants are required to monitor the progress of their case, to prosecute or defend the action diligently, and to respond to any communication from the Court within thirty (30) days or their case could be dismissed without prejudice.  Plaintiff has failed to comply.

Therefore, the above-styled case is hereby dismissed without prejudice.

**IT IS SO ORDERED this 21st day of September, 2005.**

_/s/ James M. Moody_
**James M. Moody
United States District Judge**