## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**BRANDON D. COLLINS**                                         **PLAINTIFF**

**VS.**                     **NO.  4:05CV00123 JMM**

**LAIDLAW EDUCATION SERVICES, INC.**                 **DEFENDANT**

### JUDGMENT

Pursuant to this Court's Order of September 21, 2005, this matter is hereby dismissed without prejudice.

**IT IS SO ORDERED this 21st day of September, 2005.**

_____
**James M. Moody**
**United States District Judge**